UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-03181-JWH (PDx) | Date | December 3, 2025 |
| Title | *Haroon Jon Mahsel v. Kristi Noem et al.* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jonathan C. Aminoff, DFPD | Whitney Wakefield, AUSA |

**Proceedings:   HEARING RE: PETITIONER'S *EX PARTE* APPLICATION FOR PRELIMINARY INJUNCTION AND FOR A TEMPORARY RESTRAINING ORDER [3]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1. Petitioner's *Ex Parte* Application [ECF No. 3] is **GRANTED**.

2. Respondents are **TEMPORARILY ENJOINED** from continuing to detain Petitioner and are **DIRECTED** to release Petitioner **FORTHWITH**.

3. Respondents are also **TEMPORARILY ENJOINED** from removing Petitioner or from taking him from the Central District of California.

4. Respondents are **DIRECTED** to show cause in writing by December 12, 2025, why the Court should not issue a preliminary injunction in this case.

5. Petitioners may file an optional response no later than December 16, 2025, at 12:00 noon.

Time:  00:51
Initials of Preparer: cla

   6. A hearing on the preliminary injunction is **SET** for December 17, 2025, at 2:00 p.m.  Counsel for all parties are **DIRECTED** to appear in person at that date and time in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California.

   7. This Temporary Restraining Order is issued at 2:45 p.m. on Wednesday, December 3, 2025.  It shall remain in effect until the conclusion of the hearing on December 17, 2025.

   **IT IS SO ORDERED.**

Time: 00:51
Initials of Preparer: cla