UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    5:25-cv-03181-JWH-PD                    Date: April 9, 2026

Title    *Haroon Jon Mahsel v. Kristi Noem, et al.*

Present:  The Honorable:  Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:      Attorneys Present for Respondents:

N/A                                    N/A

**Proceedings (In Chambers):      Order to Show Cause**

The parties are ordered to show cause at a hearing on **April 20, 2026 at 11:00 a.m.** via Zoom why the preliminary injunction relief entered by the district court should not be converted immediately to final judgment on the merits for the same reasons and on the same terms provided in the order granting such preliminary relief, as follows:

Respondents shall refrain from re-detaining Petitioner solely for the purpose of effectuating his removal until there is a "significant likelihood of removal in the reasonably foreseeable future". *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001).

Respondents shall refrain from re-detaining Petitioner unless and until they follow the procedural safeguards set forth in 8 C.F.R. §§ 241.4 and 241.13.

Respondents shall refrain from removing Petitioner to any country, without first following the consecutive procedures of 8 U.S.C. § 1231(b)(2).

*See* 28 U.S.C. § 2243; Fed. R. Civ. P. 56(f); *cf.* Fed. R. Civ. P. 65(a)(2).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    5:25-cv-03181-JWH-PD                    Date: April 9, 2026

Title    *Haroon Jon Mahsel v. Kristi Noem, et al.*

The parties may discharge this show-cause order by filing a stipulation and proposed judgment granting the 28 U.S.C. § 2241 petition for the same reasons and on the same terms already provided in the district court's order granting preliminary relief and as stated above, by no later than 9:00 a.m. PT on April 20, 2026, in which case no appearances at the 11:00 a.m. PT hearing will be required.

Nothing in such stipulation and proposed judgment, once entered, should or will be deemed a waiver on appeal of the government's existing documented arguments or positions in this case opposing the granting of federal habeas relief for the reasons and on the terms provided in the order rejecting those arguments or positions and granting preliminary relief.

Otherwise, failure to appear at the hearing as ordered or to be prepared to participate in good faith at the hearing may lead to sanctions or contempt proceedings.  *See*, *e.g.*, Fed. R. Civ. P. 16(f), 37(b)(2)(A), and 41(b); L.R. 41-1, 41-5.

**IT IS SO ORDERED**.