JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROON JON MAHSEL,<br><br>          Petitioner,<br><br>    v.<br><br>KRISTI NOEM, et al.,<br><br>          Respondents. | Case No. 5:25-cv-03181-PD<br><br>**JUDGMENT** |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the first claim of the Petition is granted and the second and third claims are dismissed without prejudice.

DATED: April 28, 2026



_____
Patricia Donahue
United States Magistrate Judge